UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR15-00115-RGK |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION |
| | | PROCEEDINGS |
| | | (FED.R. CRIM. P.32.1(a)(6); 18 |
| SIMON BROWN, | ) | U.S.C. § 3143(a) (1)) |
| Defendant. | ) | |
| | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CENTRAL  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (x) information in the Pretrial Services Report and Recommendation

    (x) information in the violation petition and report(s)

    (x) the defendant's nonobjection to detention at this time

    ( ) other: _____

    and/or

1  B. (x)    The defendant has not met his/her burden of establishing by clear and
2            convincing evidence that he/she is not likely to pose a danger to the safety
3            of any other person or the community if released under 18 U.S.C. §
4            3142(b) or (c).  This finding is based on the following:
5            (x)  information in the Pretrial Services Report and Recommendation
6            (x)  information in the violation petition and report(s)
7            (x) the defendant's nonobjection to detention at this time
8             ( ) other: _____

10  IT THEREFORE IS ORDERED that the defendant be detained pending the further
11  revocation proceedings.

13  DATED:  February 22, 2017         _____
                                              KENLY KIYA KATO
14                                      UNITED STATES MAGISTRATE JUDGE